DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD F. GONZALEZ,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2006-INOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, 2006-1,**
Appellee.

No. 4D13-2877

[May 27, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE 10044074.

Edward F. Gonzalez, Hollywood, pro se.

Albert D. Gibson and Michael A. Rodriguez of Blank Rome LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150, 1152 (Fla. 1979).

GERBER, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***